**Exhibit A**

Table of Last-Observed Infringements by Defendants of Elegant Angel Inc's Copyright in the Motion Picture "BIG WET BRAZILIAN ASSES 7," Copyright Reg. No. PA0001745329

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.20.210.91 | 2012-03-01 13:16:33 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 2 | 174.62.230.155 | 2012-03-19 21:15:22 -0400 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 3 | 174.62.230.171 | 2012-02-29 15:05:12 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 4 | 174.62.251.1 | 2012-03-25 17:01:29 -0400 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 5 | 174.63.25.252 | 2012-03-26 05:15:00 -0400 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 6 | 24.128.229.242 | 2012-02-22 16:06:31 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 7 | 24.128.254.39 | 2012-03-18 00:59:56 -0400 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 8 | 24.218.146.208 | 2012-03-25 07:23:15 -0400 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 9 | 24.218.52.61 | 2012-03-07 18:16:18 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 10 | 24.60.212.253 | 2012-02-17 22:42:59 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 11 | 24.62.90.133 | 2012-03-20 21:06:08 -0400 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 12 | 24.91.140.184 | 2012-03-03 21:10:49 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 13 | 50.136.30.192 | 2012-02-29 15:38:13 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 14 | 50.78.15.29 | 2012-03-07 09:32:41 -0500 | Comcast Business Communications | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 15 | 65.96.183.73 | 2012-02-25 22:05:28 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 16 | 66.30.254.11 | 2012-02-21 09:03:10 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 17 | 66.30.88.24 | 2012-03-19 00:49:54 -0400 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 18 | 66.31.189.191 | 2012-02-26 00:59:38 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 19 | 66.31.244.29 | 2012-03-11 00:59:37 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 20 | 67.186.190.218 | 2012-03-19 06:19:21 -0400 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 21 | 67.189.217.148 | 2012-02-27 21:48:10 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 22 | 71.174.169.106 | 2012-02-25 10:27:43 -0500 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 23 | 71.192.181.79 | 2012-03-02 14:20:11 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 24 | 71.232.212.55 | 2012-03-19 03:03:02 -0400 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 25 | 71.233.11.72 | 2012-03-11 23:11:54 -0400 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 26 | 75.69.228.18 | 2012-03-13 20:00:26 -0400 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 27 | 76.118.88.176 | 2012-02-29 15:27:06 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |

| Doe 28 | 76.19.114.85 | 2012-03-03 10:51:48 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 29 | 76.23.158.58 | 2012-03-04 01:18:59 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 30 | 96.39.51.123 | 2012-02-24 22:13:32 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 31 | 98.110.149.147 | 2012-03-20 00:59:45 -0400 | Verizon Internet Services | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 32 | 98.217.176.220 | 2012-02-18 04:33:19 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |
| Doe 33 | 98.229.147.190 | 2012-02-29 04:13:17 -0500 | Comcast Cable | BitTorrent | 94ef1804c4d1d375f7785ba6af401a8b0f66dd5f |