UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PATRICK COLLINS, INC.**<br><br>*Plaintiff,*<br><br>v.<br><br>**DOES 1 – 33,**<br><br>*Defendants.* | *Case No.*: **12-cv-10757** |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

In connection with the following Doe number(s): 3, 4, 12, and 30, Plaintiff dismisses **without prejudice** each of the specific Doe(s) listed above from the above-identified action pursuant to Fed. R. Civ. P. 41(a).

Dated: October 21, 2012

Respectfully submitted,

Marvin Cable, BBO#:  680968
Law Offices of Marvin Cable
P.O. Box 1630
Northampton, MA 01061
E: law@marvincable.com
P: (413) 268-6500
F: (888) 691-9850

ATTORNEY FOR PLAINTIFF

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

Marvin Cable, Esq.